UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CELESTINO G. ALMEDA,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT
OF EDUCATION, *et al.*,

    *Defendants*.

Case 1:17-cv-02641-TSC

## JOINT STATUS REPORT

Defendants, the United States Department of Education ("Ed") and the United States Department of Veterans Affairs ("VA"), and Plaintiff, Celestino G. Almeda, submit this joint status report in response to the Court's minute order dated June 28, 2018.

1. On December 8, 2017, Mr. Almeda filed a complaint alleging that Ed and the VA had failed to respond to his October 16, 2017 requests under the Freedom of Information Act ("FOIA") seeking certain records related to the Filipino Veterans Equity Compensation Fund ("FVECF") and the FVECF Interagency Working Group. ECF No. 1.

2. On May 25, 2018, the parties filed a joint status report in which Plaintiff raised objections to the scope of the search performed by the VA and to certain of the records withheld as exempt by Ed. Plaintiff requested that the Court hold a status conference, which the Court did on June 28, 2018. During the conference, the Court instructed the parties to "meet and confer and try to streamline or otherwise narrow or figure out why this search [by VA] is coming up without revealing responsive documents." Hr'g Tr. 13:9–11 (June 29, 2018). The Court ordered the parties to file a joint status report detailing their efforts by July 30, 2018. The Court also set another status conference for September 10, 2018.

**Plaintiff's Statement**

3. On the evening before the June 28, 2018 status conference, VA indicated in an email to plaintiff that of the three specific custodians whose records were sought in the FOIA requests to VA at issue in this case, only one custodian's emails (those of Mr. Hipolit) were produced. *See* Exhibit 1 (6/27/2018 6:32 p.m. Email from VA's Counsel to Plaintiff's Counsel). According to VA, "Ms. Beer's emails are not archived. The VA searched her active inbox for emails within the specified date range. There were only 8 such emails, which were not responsive." *Id.* VA also stated that "Ms. Kupec is no longer an employee of the VA and her email records are not maintained." *Id.* The email further stated that with respect to four (4) records referred to DOJ, NARA, and Army, "VA does not currently know the status of the referred agencies' processing of these requests."[1] *Id.* In response to Plaintiff's request, a "draft *Vaughn* index" also was provided with respect to the withholdings for eighteen (18) records.

4. One hour and fifteen minutes prior to the June 28, 2018 status conference, VA re-released certain pages "with fewer redactions." *See* Exhibit 2 (6/28/2018 12:31 p.m. Email from VA's Counsel to Plaintiff's Counsel).

5. On July 16, 2018, Plaintiff's counsel recommended a set of search terms to VA to be applied in view of objections to VA's scope of search. *See* Exhibit 3 (7/16/2018 Email from Plaintiff's Counsel to VA's Counsel). To date, VA has not released any additional records.

6. In addition, on July 16, 2018, Plaintiff contested the withholdings associated with eleven (11) records released by Ed and requested that Ed "consider re-producing these records

---

[1] However, VA's *Vaughn* index, *see* Exhibit 1, states that the DOJ record is "not relevant" and was "referred to DOJ in error."

without (or with fewer) withholdings and provide a *Vaughn* index for any remaining withholdings." *Id.* Plaintiff also sought re-release of other records and a *Vaughn* index as follows:

> In addition to the aforementioned records, due to the size of ED's document production and the extensive number of pages withheld in their entirety, in the interest of efficiency and to minimize unnecessary work by ED, plaintiff requests that—at this time—ED prepare a *Vaughn* index with respect to withheld records (or portions thereof) that: **(1)** actually mention or concern the Army Report at issue in the FOIA request; **(2)** involve communications that (a) included a sender or recipient at either the U.S. Department of Veterans Affairs ("VA") or the Army or (b) discuss the VA or Army; and/or **(3)** have email subject lines including the text "Filipino Vets Blog Post and Report." Please also consider re-producing these records without (or with fewer) withholdings.

*Id.* On the evening of Friday, July 20, 2018, Ed's counsel responded:

> For the draft Vaughn by Ed., please identify all of the pages that you would like to have indexed by Bates number. Ed. is not going to re-review all the pages to determine if they meet your subject-matter criteria.

*See* Exhibit 4 (Friday, 7/20/2018 6:49 p.m. Email from Ed's Counsel to Plaintiff's Counsel).

7. Among the 1,864 pages released by Ed in this case, over 850 pages are **blank** (except for an indication of a FOIA exemption under which the page was withheld-in-full). Substantial portions of other pages were withheld-in-part. Although Plaintiff sought to vastly streamline the task of identifying withheld records of interest, Ed rebuffed that effort. Plaintiff's counsel is now preparing a list of all the pages either withheld-in-full, substantially withheld-in-full, or containing withholdings that may be contested. Plaintiff's counsel expects to provide that list to Ed's counsel later this week.[2] As a separate matter, Ed has not yet responded to Plaintiff's

---

[2] Plaintiff's counsel was out of the office for a one week vacation from Saturday, July 21, 2018 through Sunday, July 29, 2018 (despite having made four court filings during that time, *including a ten page motion about the same 1949 Army Report at issue in this FOIA case*). It thus is unreasonable for Ed to intimate herein that Plaintiff's counsel has been dilatory in responding to the Friday, July 20, 2018 6:49 p.m. email requesting a detailed list of all pages to be indexed by Ed. This is even more inappropriate because Ed withheld-in-full about *46%* of its records release and clearly those records will be on Plaintiff's detailed list.

request for re-release (with fewer or no redactions) and/or a *Vaughn* index with respect to eleven (11) specific records.

### Defendants' Statement

8. In the afternoon following the status conference, on June 28, 2018, counsel for Defendants emailed counsel for Plaintiff requesting that he detail the concerns that he would like Defendants to address. On July 16, 2018, counsel for Plaintiffs emailed counsel for Defendants requesting that the VA include certain additional search terms in its search and that Ed provide a *Vaughn* index for certain of its withholdings.

9. The VA has agreed to conduct an additional search using Plaintiff's suggested search terms. The VA has pulled the relevant emails out of its archives and expects to complete the search using Plaintiff's additional suggested search terms on or before August 10, 2018.

10. In his request for a draft *Vaughn* index from Ed, Plaintiff identified certain specific Bates ranges of withheld information, which Ed has agreed to include on a draft *Vaughn* index. Plaintiff also requested that Ed include on the draft *Vaughn* index certain categories of documents, which he specified by subject matter. On July 20, 2018, Ed requested that Plaintiff specifically identify all contested withholding by Bates number so that there is no question about which pages he would like included in the *Vaughn* index. Plaintiff has not yet responded to that request.

### Conclusion

11. In light of their ongoing efforts to resolve Plaintiff's objections, the parties propose to file a joint status report updating the Court on the status of their efforts in advance of the September 10 status conference, or on before **September 5, 2018**.

\*   \*   \*

Respectfully Submitted,

| | |
|---|---|
| WATKINS LAW & ADVOCACY, PLLC | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| /s/ Seth A. Watkins<br>SETH A. WATKINS, D.C. Bar #467470<br>1455 Pennsylvania Avenue, NW, Suite 400<br>Washington, District of Columbia 20004<br>Telephone: 202 355 9421<br>watkins@wlapllc.com | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: July 30, 2018